**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOUSTON E. BALDWIN,**

       **Plaintiff,**

-vs-                                      Case No. 6:09-cv-2059-Orl-31DAB

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court on the Complaint filed by Plaintiff on December 7, 2009 (Doc. No. 1), for judicial review of the final decision of the Commissioner of the Social Security Administration (the Commissioner) which denied his claim for disability insurance benefits.

On January 24, 2011, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the decision of the Commissioner be reversed and the case be remanded. No objections have been filed. Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

      2.      The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the administrative law judge shall order an updated consultative examination as recommended in the Report and Recommendation.

      3.      The Clerk of Court is directed to enter judgment and close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 10th day of February, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party